# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150787

LASHAWN D. REDMOND,
     Plaintiff,

and

DESTINEE'S TRANSPORTATION,
     Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
     Defendant-Appellee.

SC: 150787
COA: 313413
Wayne CC: 10-011348-AV

_____/

By order of March 31, 2015, the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *Hodge v State Farm Mutual Automobile Ins Co* (Docket No. 149043). On order of the Court, the case having been decided on June 6, 2016, 499 Mich 211 (2016), the application is again considered and, it appearing to this Court that the case of *Covenant Medical Center v State Farm Mutual Automobile Ins Co* (Docket No. 152758) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



a1116

Clerk